1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  Attorneys for Plaintiff,
   **FLOYD JONES**
5

6  **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
   SAN FRANCISCO DIVISION**

7

8  | | |
   |---|---|
   | FLOYD JONES ) | Case No.: 3:09-cv-05711 |
   |            ) |                         |
   | Plaintiff, ) |                         |
   |            ) | **REQUEST FOR TELEPHONIC** |
   | vs.        ) | **APPEARANCE AT CASE**    |
   |            ) | **MANAGEMENT CONFERENCE** |
   | ALLIANCE ONE, INC. ) |                 |
   |            ) | Date: March 12, 2010    |
   | Defendant. ) | Time: 2:30 p.m.         |
   |            ) | Place: Ctrm. 10, 19th Floor |

15     Nicholas J. Bontrager, counsel for Plaintiff, FLOYD JONES, respectfully requests this

16  Honorable Court allow his telephonic appearance for Case Management Conference pursuant to

17  Fed. R. Civ. P. 12(b)(6) currently scheduled for March 12, 2010 at 2:20 pm.  Counsel's office is

18  located in Los Angeles, California and appearing by telephone will avoid the significant time and

19  resources needed to secure travel and appearance for the present hearing.  Further, as the statues

20  for which Plaintiff seeks relief under (FDCPA and RFDCPA) contain a "fee-shifting" provision,

21  allowing Plaintiff to avoid the significant costs and expenses of securing travel from Los

22  Angeles, CA to San Francisco, CA will allow the parties to continue working towards a mutual

23  resolution of the case without a significant increase in the Plaintiff's attorneys' fees and costs

24  and thus making informal resolution more likely.

25

- 1 -

REQUEST OF COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE

1
2
3                               Respectfully Submitted,
4  DATED: March 2nd, 2010       KROHN & MOSS, LTD.
5
6                               By: /s/ Nicholas J. Bontrager
7                                   Nicholas J. Bontrager
                                    Attorney for Plaintiff
8
9
10
11
12 
13
14
15
16
17
18
19
20
21
22
23
24
25

- 2 -

REQUEST OF COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE