UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FLOYD JONES,<br><br>           Plaintiff,<br>vs.<br><br>ALLIANCE ONE, INC.,<br><br>           Defendant. | Case No.: 09-CV-5711<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 4, 2010

_____
The Honorable Judge
United States District Judge